UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-2444**

Fiorani v. Hewlett Packard Corp
(D. Del. No. 1-13-cv-00121)

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  June 5, 2013
JK/cc: Ross A. Fiorani